

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-14-00735-CV

Brian C. **SIMCOE**,
Appellant

v.

Thomas **CHRISTOPHER** and Catrina Christopher,
Appellees

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-15519
Honorable Barbara Hanson Nellermoe, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED to the extent the trial court found appellees were entitled to recover $18,411.14 in damages and $5,000.00 in attorney's fees, but REVERSED to the extent the trial court awarded recovery of $18,411.14 in damages and $5,000.00 in attorney's fees solely against appellant, Brian Simcoe. We REMAND the cause to the trial court (1) for a reconsideration of its allocation of the $5,000.00 in attorney's fees as between appellant and Adria Simcoe, and (2) to reform the judgment (a) to make appellant and Adria Simcoe jointly and severally liable for the $18,411.14 in damages arising from the breach of contract and (b) as necessary following its reconsideration of how the $5,000.00 in attorney's fees should be allocated between appellant and Adria Simcoe.

It is ORDERED that costs of appeal are assessed against the party that incurred them. *See* TEX. R. APP. P. 43.4.

SIGNED July 29, 2015.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice